God, who created us, all is sovereign over all.



U.S. District Court
Wisconsin Eastern

APR 13 2026

FILED
Clerk of Court

Joel Thomas Wiedenhoeft
516 Sunnyslope Dr. Hartland WI [53029]
(414) 587-5635
ManofGodJoel@gmail.com

In the Wiedenhoeft Court, at the "Eastern district Federal Courthouse of Wisconsin".

JOEL THOMAS WIEDENHOEFT,

Claimant / Plaintiff

vs.

ADVOCATE HEALTH CARE
ADVOCATE HEALTH
AURORA HEALTH CARE
AURORA HEALTH CARE, INC.
ADVOCATE AURORA HEALTH, INC.
ADVOCATE AURORA HEALTH
ADVOCATE HEALTH CARE OF ILLINOIS
ADVOCATE HEALTH CARE OF WISCONSIN
ATRIUM HEALTH
St. Luke's and Summit Medical Center
DAVID TYLICKI
JOHN DOE'S AND JANE DOE'S

Trespasser(s) / Defendants

Case No.: **2 6 -C- 6 2 9**

CLAIM AND OR COMPLAINT

This court has jurisdiction. The reference: Title 28 § 1331, 1332 and others.

**I claim harm by way of trespass.**

All said herein is true to the best of my ability. All rights reserved, none given.

Trial by jury requested, and court of record is required.

All written here can be amended.

Dated this 10ᵗʰ day of April, 2026

Joel Thomas Wiedenhoeft

516 Sunnyslope Dr. Hartland WI [53029]
(414) 587-5635
manofGodJoel@gmail.com

CLAIM AND OR COMPLAINT - 07